**MICHAEL N. FEUER,** City Attorney (111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney - (SBN 163388)
**CORY M. BRENTE,** Supervising Assistant City Attorney
**MICHAEL R. AMERIAN,** Deputy City Attorney - (SBN207610)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Email: michael.amerian@lacity.org
Phone No. (213) 978-7043 Fax No. (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NUNEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, a municipality; CHIEF CHARLIE BECK, OFFICER ALVIN CLARK, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV14-09314 RGK (VBKx)<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES AND CHIEF CHARLIE BECK; DEMAND FOR JURY TRIAL** |

Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK ("Answering Defendants") answering for themselves and for no other parties, admits, denies and alleges as follows:

    1.    Answering paragraph 1, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    2.    Answering paragraph 2, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

\\\\

3. Answering paragraph 3, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5. Answering paragraph 5, Answering Defendants admit the allegations contained therein.

6. Answering paragraph 6, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, Answering Defendants only admit that CHIEF CHARLIE BECK was specifically authorized by Defendant CITY OF LOS ANGELES and the LOS ANGELES Police Department to perform the duties and responsibilities of sworn officers of the CITY OF LOS ANGELES.  Answering Defendants deny the remaining allegations of paragraph 7 because Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein.

8. Answering paragraph 8, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

\\\\

\\\\

1      11.    Answering paragraph 11, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    12.    Answering paragraph 12, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    13.    Answering paragraph 13, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    14.    Answering paragraph 14, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    15.    Answering paragraph 15, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    16.    Answering paragraph 16, Answering Defendants lack sufficient information and belief upon which to answer the allegation contained therein, and on that basis deny the allegations.

    17.    Answering paragraph 17, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    18.    Answering paragraph 18, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

    19.    Answering paragraph 19, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

\\\\

20. Answering paragraph 20, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21, Answering Defendants deny the allegations contained therein.

22. Answering paragraph 22, Answering Defendants deny the allegations contained therein.

23. Answering paragraph 23, Answering Defendants deny the allegations contained therein.

24. Answering paragraph 24, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

26. Answering paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering paragraph 28, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

\\\\

30. Answering paragraph 30, which incorporates by reference the allegations of other paragraphs of the pleading, Answering Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

31. Answering paragraph 31, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering paragraph 33, Answering Defendants deny the allegations contained therein.

34. Answering paragraph 34, Answering Defendants deny the allegations contained therein pertaining to them. As to the allegations not pertaining to them, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering paragraph 35, Answering Defendants deny the allegations contained therein.

36. Answering paragraph 36, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering paragraph 37, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering paragraph 38, which incorporates by reference the allegations of other paragraphs of the pleading, Answering Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

39. Answering paragraph 39, Answering Defendants deny the allegations contained therein.

40. Answering paragraph 40, Answering Defendants deny the allegations contained therein.

41. Answering paragraph 41, Answering Defendants deny the allegations contained therein.

42. Answering paragraph 42, Answering Defendants deny the allegations contained therein.

43. Answering paragraph 43, Answering Defendants deny the allegations contained therein.

44. Answering paragraph 44, Answering Defendants deny the allegations contained therein.

45. Answering paragraph 45, Answering Defendants deny the allegations contained therein.

46. Answering paragraph 46, Answering Defendants deny the allegations contained therein.

47. Answering paragraph 47, Answering Defendants deny the allegations contained therein.

48. Answering paragraph 48, Answering Defendants deny the allegations contained therein.

49. Answering paragraph 49, Answering Defendants deny the allegations contained therein.

50. Answering paragraph 50, which incorporates by reference the allegations of other paragraphs of the pleading, Answering Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

51. Answering paragraph 51, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

\\\\

\\\\

52. Answering paragraph 52, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering paragraph 53, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55. Answering paragraph 55, which incorporates by reference the allegations of other paragraphs of the pleading, Answering Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

56. Answering paragraph 56, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57. Answering paragraph 57, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58. Answering paragraph 58, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

59. Answering paragraph 59, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

60. Answering paragraph 60, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

\\\\

61. Answering paragraph 61, Answering Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Answering Defendants allege each of the following:

1. The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

2. The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

3. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self defense.

4. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

5. As to the federal claims and theories of recovery, the Answering Defendants are protected from liability under the doctrine of qualified immunity, because the Answer Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

6. The Answering Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal.App.3d 579 (1981).

7. Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

\\\\

\\\\

1.     8.    Answering Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 820.2; 820.4 and 820.8.

## DEMAND FOR JURY TRIAL

Answering Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Answering Defendants pray for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Answering Defendants be awarded costs of suit;
4. That Answering Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: December 31, 2014

        **MICHAEL N. FEUER**, City Attorney
        **THOMAS H. PETERS**, Chief Assistant City Attorney
        **CORY M. BRENTE,** Supv. Assistant City Attorney

        By:   /s/ *Michael R. Amerian*
                **MICHAEL R. AMERIAN**

        Attorneys for Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK