1  **LUIS A. CARRILLO**, ESQ.
   **LAW OFFICES OF LUIS A. CARRILLO**
2  1499 Huntington Drive, Ste. 402
   South Pasadena, CA 91030
3  Email: lac4justice@gmail.com
   Phone No. (626) 799-9375  Fax No. (626) 799-9380
4
   Attorneys for Plaintiff JESSICA NUNEZ
5
6  MICHAEL N. FEUER, City Attorney  (111529x)
   THOMAS H. PETERS, Chief Assistant City Attorney - (SBN 163388)
7  CORY M. BRENTE**,** Supervising Assistant City Attorney
   **MICHAEL R. AMERIAN,** Deputy City Attorney - (SBN207610)
8  200 North Main Street
   6th Floor, City Hall East
9  Los Angeles, CA  90012
   Email: michael.amerian@lacity.org
10 Phone No. (213) 978-7043 Fax No. (213) 978-8785

11 Attorneys for Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14

15 JESSICA NUNEZ,                        )  CASE NO.  CV14-09314 RGK (VBKx)
                                         )
16                                       )  **JOINT RULE 26(f) REPORT**
                    Plaintiff,           )
17        v.                             )  DATE:  April 6, 2015
                                         )  TIME:   9:00 a.m.
18 CITY OF LOS ANGELES, a                )  CTRM:  850
   municipality; CHIEF CHARLIE BECK,     )
19 OFFICER ALVIN CLARK, an individual,   )
   and DOES 1 through 10, inclusive,     )
20                                       )
                    Defendants.          )
21                                       )
   _____)
22

23

24    **TO THIS HONORABLE COURT:**

25        Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Local Rule 26-1 and

26 the Court's January 2, 2015, Order Setting Scheduling Conference, Plaintiff Jessica

27 Nunez and Defendants City of Los Angeles and Chief Charlie Beck through their

28 respective attorneys, submit this Joint Scheduling Conference Report:

**BRIEF DESCRIPTION OF THE CASE**

Plaintiff:

Plaintiff alleges excessive use of force in violation of 42 U.S.C. § 1983 and the Fourth Amendment of the United States Constitution. Plaintiff contends that Defendant Officer ALVIN CLARK kicked JESSICA NUNEZ in her upper torso and beat JESSICA NUNEZ by using his closed fists and violently hit JESSICA NUNEZ in the head at least nine or ten times. Plaintiff JESSICA NUNEZ suffered injuries to her face, neck, upper torso, and back, and also emotional injuries. The excessive use of force by Defendant Officer ALVIN CLARK was especially egregious because Plaintiff JESSICA NUNEZ is a person with disabilities.

Officer KEITH and Sergeant PADILLA witnessed the kicking and beating of Jessica Nunez and failed to intervene to stop the excessive use of force by Defendant Officer ALVIN CLARK upon Jessica Nunez, despite the ability and opportunity to do so. Plaintiff also alleges that Officer ALVIN CLARK filed a false police report to "cover up" his excessive use of force and to justify the beating of Plaintiff JESSICA NUNEZ.

Defendants:

Defendants deny Plaintiff's allegations.

**SUBJECT MATTER JURISDICTION**

The action arises under the Constitution, laws, or treaties of the United States. Therefore, this Court has jurisdiction pursuant to 28 U.S.C. § 1331.

**LEGAL ISSUES**

Whether the use of force by Officer ALVIN CLARK was excessive and in violation of the Fourth Amendment.

Whether the Defendant City of Los Angeles maintains an unconstitutional custom or practice and is liable for the violations of the Plaintiffs' civil rights:

1. Whether the City had a policy, practice, or custom that encouraged and/or permitted its police officers to use excessive force.

2. Whether the City had a policy, practice, or custom that classified 99% of "Use

2

of Force" incidents as "Within Policy."

3. Whether the City had a policy, practice, or custom that classified 99% of uses of force by its police officers as "unfounded" or "exonerated" or "not sustained."

**PARTIES, EVIDENCE, PERCIPIENT WITNESSES, AND KEY DOCUMENTS**

**Parties:**

Plaintiff Jessica Nunez, an individual;

Defendants City of Los Angeles, a governmental entity, and Chief Charlie Beck.

**Plaintiff's Percipient Witnesses:**

Jessica Nunez, Officer Alvin Clark, Officer Michael Keith, Sgt. Mike Padilla,

**Defendants' Percipient Witnesses:**

Defendant expects the following people will be percipient witnesses:

Jessica Nunez, Officer Alvin Clark, Officer Michael Keith and Sgt. Mike Padilla.

**Plaintiff's Key Documents:**

1. The Use of Force Report of the Los Angeles Police Department regarding the use of force by Officer ALVIN CLARK.

2. The Los Angeles Police Department Use of Force Annual Report for 2010 which summarized the non-categorical use of force incidents for the years 2007, 2008, 2009 and 2010. The Los Angeles Police Department's "Findings" concluded that 16,918 uses of force were found to be "In Policy" and only 52 (one third of one percent) were found to be "Out of Policy."

3. Medical records of Plaintiff JESSICA NUNEZ.

**Defendants' Key Documents:**

Defendants' investigation is ongoing and they have no additional key documents to identify at this time.

\\\\

\\\\

\\\\

**DAMAGES**

**Plaintiff**

Plaintiff JESSICA NUNEZ suffered injuries to her face, neck, upper torso, and back, and also emotional injuries. The excessive use of force by Defendant Officer ALVIN CLARK exacerbated the pre-existing disabilities of Plaintiff JESSICA NUNEZ.

**Defendants**

Defendants do not believe they are liable to Plaintiff for any amount.

**INSURANCE**

Defendant City of Los Angeles is self-insured.  Therefore, the parties are unaware of any insurance coverage applicable to this case.

**MOTIONS**

Defendants do not anticipate filing any motions other than as may arise during the normal course of discovery if the parties are unable to resolve any disputes.

**MANUAL FOR COMPLEX LITIGATION**

The Parties agree that it is not necessary to utilize the Manual for Complex Litigation in this case.

**STATUS OF DISCOVERY**

The parties will exchange their Rule 26 Initial Disclosures within 10 days after the Scheduling Conference before the Court and will commence with written discovery shortly thereafter.

**DISCOVERY PLAN**

**Plaintiff**

Plaintiff intends to propound written discovery for documents and the Use of Force Report concerning this incident by the end of June, 2015. Plaintiff also intends to file a *Pitchess* motion for the Officers's personnel files and prior complaints against the Officers.

Plaintiff intends to depose Officer Alvin Clark, Officer Michael Keith, Sgt. Mike Padilla, and also supervisory personnel of the LAPD after June, 2015.

4

Plaintiff intends to designate a Police Practices Expert, a medical expert, and non-retained medical providers.

**Defendants**

Defendants anticipate completing written discovery by the end of June 2015. Following that, Defendants will conduct depositions of Plaintiff and any other witnesses revealed during the course of discovery. Defendants do not anticipate that it will take more than the maximum of 10 depositions permitted by the rules and aim to complete them by the end of August 2015. Defendants anticipate designating at least two expert witnesses, depending on the nature and extent of Plaintiff's claimed damages.

**DISCOVERY CUT-OFF DATES**

Non-Expert Discovery Cut-Off:          September 18, 2015

Expert Discovery Cut-Off:                 November 2, 2015

**DISPOSITIVE MOTIONS**

**Plaintiff**

Plaintiff anticipates filing a motion to compel if the Defendants do not provide the Use of Force Report of this incident, and a *Pitchess* motion for the Officers's personnel files and prior complaints against the Officers.

**Defendants**

Defendants may bring a motion for summary adjudication or summary judgment depending on how the evidence develops during discovery.

**SETTLEMENT/ADR**

The Parties have already initiated settlement discussions and are amenable to utilizing the ADR Procedure No. 2 (Mediation Panel) to mediate this case.

**TRIAL ESTIMATE**

Counsel for both sides estimate that the trial will take four days.

**TRIAL COUNSEL**

**Plaintiff**

Luis A. Carrillo, Esq.

**Defendants**

Deputy Los Angeles City Attorney Michael R. Amerian, Esq.

**INDEPENDENT EXPERT OR MASTER**

The parties do not anticipate requiring an independent expert or master.

**TIMETABLE**

Deadline for Hearing on Motion to Amend  Complaint/Add Parties:  July 1, 2015

Non-Expert Discovery Cut-Off:          September 18, 2015

Motion hearing Cut-Off Date:           October 19, 2015

Expert Discovery Cut-Off:              November 2, 2015

Final Pre-Trial Conference:            November 16, 2015

JURY TRIAL:                            December 1, 2015

**OTHER ISSUES**

The Parties are not currently aware of any unusual legal issues presented by the case, or any issues regarding severance, bifurcation or other ordering of proof that require the Court's attention at this time.

Respectfully submitted,


DATED: March 25, 2015          **LAW OFFICES OF LUIS A. CARRILLO**


By: _____/S/_____
                   **LUIS A. CARRILLO**

Attorneys for Plaintiff JESSICA NUNEZ


DATED:  March 25, 2015         **MICHAEL N. FEUER**, City Attorney
                               **THOMAS H. PETERS**, Chief Assistant City Attorney
                               **CORY M. BRENTE,** Supv. Assistant City Attorney


By:_____/S/_____
                **MICHAEL R. AMERIAN**
                Deputy City Attorney

Attorneys for Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK