# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-09314-RGK (VBKx) | Date | April 6, 2015 |
|---|---|---|---|
| Title | JESSICA NUNEZ v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Luis Carrillo | | Michael Amerian |

**Proceedings:** **SCHEDULING CONFERENCE**

    Case called. Counsel for the plaintiff is not present. Case to be held for second call. Case recalled. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 4 days): | December 8, 2015 at 9:00 a.m. |
| Pretrial Conference: | November 23, 2015 at 9:00 a.m. |
| Motion Cut-Off Date (last day to file): | September 23, 2015 |
| Discovery Cut-Off Date: | September 9, 2015 |

    Last day to add parties or motion the Court to amend the pleadings is May 1, 2015. The parties inform the Court that they have selected settlement option 1 - Magistrate Judge.

**IT IS SO ORDERED.**

                                                                                                        : 07

Initials of Preparer   slw

cc:     ADR UNIT