Dale K. Galipo, Esq. (SBN 144074)
Email: dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (626) 347-3333
Facsimile: (626) 347-4118

Luis A. Carrillo, Esq. (SBN 70398)
LAW OFFICES OF LUIS A. CARRILLO
1499 Huntington Dr., Suite #402
South Pasadena, California 91030
Telephone:  (626) 799-9375
Facsimile:  (626) 799-9380
Email: lac4justice@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESSICA NUNEZ | CASE NO. CV-14 09314 RGK (VBKx) |
|---|---|
| Plaintiff, | NOTICE OF CONDITIONAL SETTLEMENT |
| vs. | |
| CITY OF LOS ANGELES, CHIEF CHARLIE BECK, et. al. | |
| Defendants. | |

1

NOTICE OF ASSOCIATION OF COUNSEL

TO THIS HONORABLE COURT:

**PLEASE TAKE NOTICE** that Plaintiff Jessica Nunez and Defendant City of Los Angeles, by and through their respective attorneys of record, reached a conditional settlement of this entire case. This settlement is expected to be approved and consummated within the next 30 to 60 days.

Respectfully submitted,

LAW OFFICES OF DALE K. GALIPO

DATED: May 21, 2015

By _____
Dale K. Galipo
Attorney for Plaintiff