**MICHAEL N. FEUER**, City Attorney  (111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney - (SBN 163388)
**CORY M. BRENTE,** Supervising Assistant City Attorney
**MICHAEL R. AMERIAN,** Deputy City Attorney - (SBN207610)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Email: michael.amerian@lacity.org
Phone No. (213) 978-7043 Fax No. (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NUNEZ, | CASE NO.  CV14-09314 RGK (AS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | |
| CITY OF LOS ANGELES, a municipality; CHIEF CHARLIE BECK, OFFICER ALVIN CLARK, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the Plaintiff JESSICA NUNEZ and Defendants CITY OF LOS ANGELES AND CHIEF CHARLIE BECK through  their designated counsel as follows:

The parties having reached a settlement, it is hereby stipulated that the above-captioned be and hereby is dismissed, with prejudice, in its entire action, pursuant to

\\\\
\\\\
\\\\
\\\\
\\\\

Federal Rules of Civil Procedure, Rule 41(a) (1); each side to bear their own costs and attorneys' fees.

DATED:  November 20, 2015    **LAW OFFICES OF DALE K. GALIPO**

By: _____/s/_____
       **DALE K. GALIPO**

Attorneys for Plaintiff JESSICA NUNEZ

DATED: November 20, 2015    **LAW OFFICES OF LUIS A. CARRILLO**

By: _____/s/_____
       **LUIS A. CARRILLO**

Attorneys for Plaintiff JESSICA NUNEZ

DATED:  November 20, 2015    **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Supv. Assistant City Attorney

By:_____/s/_____
       **MICHAEL R. AMERIAN**
       Deputy City Attorney

Attorneys for Defendants CITY OF LOS ANGELES and CHIEF CHARLIE BECK